# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156170 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                              SC: 156170
                                              COA: 337201

ANDRE KIRK DAVIS,
     Defendant-Appellant.
                                              Kalamazoo CC: 1995-000779-FC

_____/

On order of the Court, the application for leave to appeal the May 26, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk

s0625